No. 13,790.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES
v. FOTHERINGILL.
(... P. [2d] ...)

Decided May 25, 1936.  Rehearing denied June 15, 1936.

Judgment affirmed in department without written opinion, Mr. Justice Burke, sitting for Mr. Chief Justice Campbell, Mr. Justice Butler and Mr. Justice Holland, participating.

Mr. PERCY ROBINSON, Mr. CARL C. HEARNSBERGER, Mr. A. W. McHENDRIE, for plaintiff in error.

Mr. HENRY J. JOB, for defendant in error.

No. 13,796.

ESTATE OF SOLIS.
YOUNG, ADMINISTRATRIX, ET AL. v. SOLIS.
(... P. [2d] ...)

Decided May 25, 1936.

Judgment affirmed in department without written opinion, Mr. Justice Burke, sitting for Mr. Chief Justice Campbell, Mr. Justice Butler and Mr. Justice Holland participating.